# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

July 30, 2025

**BY ECF**
Honorable Stewart D. Aaron
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   **United States v. Nathaneal Henry**
      **25 MJ 1510**

Dear Judge Aaron:

   I write to respectfully request that the Court permit Mr. Henry to travel to New Jersey in the coming weeks. Pretrial Services has no objection to this request and the government takes no position.

   Mr. Henry was arrested and presented on May 8, 2025 on bribery charges. The Court ordered him released on conditions that included, *inter alia*, travel restricted to the Southern and Eastern Districts of New York, and the District of Pennsylvania with permission from Pretrial Services. To date, Mr. Henry has fully complied with his bail conditions. He now requests permission from the Court to travel to the District of New Jersey from August 15-17, 2025, for an anniversary celebration with his partner. As noted above, Pretrial Services has no objection to this request and the government takes no position.

Request GRANTED. SO ORDERED.
Dated: 7/30/2025

*[signature: Stewart D. Aaron]*

Respectfully submitted,

/s/
Hannah McCrea
Assistant Federal Defender
Hannah_McCrea@fd.org

CC:   AUSA Robert Sobelman